IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
FAYETTEVILLE DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 05 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| JAMES STEPHEN GALLETTA, Jr., ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | CIVIL No. 13-5048 |
| ) | |
| FLETCHER A. HALL, ) | |
| ) | |
| DEFENDANT ) | |

COMPLAINT
FOR VIOLATION OF THE FEDERAL CIVIL RIGHTS ACT, 42 U.S.C. Section 1983, and the
FOURTH and FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

Comes now the Plaintiff and for his Complaint states and alleges as follows:

PARTIES

1. The Plaintiff is an adult resident of Arkansas.

2. At all times related to this Complaint, Defendant Fletcher A. Hall was a uniformed police officer for the City of Bentonville, Arkansas. It is believed that he is a current adult resident of Arkansas.

3. The Defendant is sued in his individual capacity only. All actions taken by the Defendant related to this complaint were done while he was on-duty as a City of Bentonville, Arkansas, police officer.

JURISDICTION & VENUE

4. This action arises under Title 42 U.S.C. Sections 1983 & 1988,

Page 1 of 5

Title 28 U.S.C. Sections 2201, 2202, and FRCP 57, for violation of the Federal Fourth and Fourteenth Amendments to the United States Constitution. Subject matter jurisdiction of this action seeking both equitable and money damages is by reason of Title 28 U.S.C. Secs. 1331 & 1343. Venue is in the Western District of Arkansas by reason of Title 28 U.S.C. Sec. 1391, as the acts or omissions complained of occurred in the Western District of Arkansas. The Defendant resides in the Western District of Arkansas.

## FACTUAL BACKGROUND

5. On or about June 15, 2012, the Plaintiff was driving his Harley Davidson motorcycle in Bentonville, Arkansas. The Defendant, by using the blue lights on his Bentonville Police Department vehicle, stopped the Plaintiff. This traffic stop is Bentonville Police Department incident number 2012-00016663.

6. The Defendant, without sufficient reasonable suspicion or probable cause, seized, searched and arrested the Plaintiff for driving while intoxicated (DWI) in violation of state law.

7. After the Plaintiff stopped his motorcycle, the Defendant made the Plaintiff do field sobriety tests without the Plaintiff's consent. This was an unlawful warrantless search in violation of the federal Fourth and Fourteenth Amendments. The Defendant did not have reasonable suspicion to even conduct the field sobriety tests. In fact, the field sobriety tests used by the Defendant are so inherently unreliable that they do not pass the scientific foundation requirement found in *Daubert v. Merrell Dow Pharm., Inc*, 509 U.S. 579 (1993) and *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and thus could not be reasonably considered in supporting a reasonable belief to support the arrest of the Plaintiff for violation of the

Arkansas DWI statute.

8. Subsequently, the Defendant physically arrested the Plaintiff without probable cause, also in violation of the federal Fourth and Fourteenth Amendments.

9. After being arrested and taken to the Bentonville Police Department, the Plaintiff consented to a certified alcohol breath test. The testing machine registered a .00% breath alcohol content. The Plaintiff was then released from custody without any criminal charges being filed.

10. After he arrested the Plaintiff, the Defendant seized the Plaintiff's motorcycle and had it towed.

11. Every act or omission involving this case occurred in Benton County, Arkansas.

## FEDERAL CAUSE OF ACTION
## VIOLATION OF THE FOURTH & FOURTEENTH AMENDMENTS

12. Based upon the above-stated facts, the Defendant violated Plaintiff's right to be free from an unlawful seizure of himself and his motorcycle, a detention, and a physical arrest which were all done in violation of the federal Fourth and Fourteenth Amendments to the United States Constitution.

13. Any reasonable police officer in Defendant's position would have known that he was acting "under color of law" and that his conduct violated clearly established Fourth and Fourteenth Amendment law.

14. All of the injuries to Plaintiff were done under color of law as defined by Title 42 U.S.C. Sec. 1983. The Defendant acted under color of state laws, statutes, ordinances, regulations, policies, customs, and usage of the State of Arkansas, City of Bentonville, Arkansas, and intentionally, deliberately, and with deliberate indifference violated Plaintiff's

rights under the Fourth and Fourteenth Amendments to the United States Constitution.

15. Plaintiff demands a jury trial on all issues.

## DEMAND FOR JUDGMENT

16.  As a direct result of the Defendant's unlawful conduct, the Plaintiff has been denied the rights guaranteed to him by the Fourth and Fourteenth Amendments to the United States Constitution. He has been made to suffer embarrassment, public humiliation, mental anguish, and loss of money to have his motorcycle released from impoundment.

17. THEREFORE, the Plaintiff demands the following relief from the Defendant:

    A.) Compensatory damages;

    B.) Punitive damages;

    C.) Costs of this action;

    D.) Necessary and reasonable attorney's fees and expenses;

    E.) Any and all other relief to which the Plaintiff is entitled by law.

JAMES S. GALLETTA, Jr.
PLAINTIFF

BY: _____
Doug Norwood, Ark. Bar No. 87-097
Norwood & Norwood, P.A.
PO Box 1960
Rogers, Arkansas 72757
(479) 636-1262 Ph.
(479) 636-7595 Fax
dougnorwood@cox-internet.com

## VERIFICATION

I, James S. Galletta, Jr., hereby verify that the above information listed in this Complaint is true and accurate to the best of my knowledge.

_____
James S. Galletta, Jr.

On this date, March 4, 2013, James S. Galletta, Jr., appeared before me and swore under oath, and under the penalty of perjury, that the information contained in this Complaint is true and accurate to the best of her knowledge.

```
JODIE JOHNSON
Notary Public-Arkansas
Benton County
My Commission Expires 08-30-2016
Commission # 12349475
```

_Jodie Johnson_
Jodie Johnson
Notary Public, Benton County, Arkansas