IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES STEPHEN GALLETTA, JR.                                                    PLAINTIFF

v.                                    CASE NO. 13-5048

FLETCHER A. HALL                                                                DEFENDANT

PRETRIAL DISCLOSURE SHEET

Comes now the Defendant and pursuant to Fed.R.Civ.P. 26(a)(3) and Local Rule 26.2, Defendant submits the following information:

1. The Defendant is represented by: George R. Spence, Clark & Spence, 121 South Main Street, Bentonville, AR 72712, (479) 273-2777, george@clarkandspence.com and Camille Thompson, City of Bentonville, 117 West Central, Bentonville, AR 72712, (479) 271-5914, cthompson@bentonvillear.com.

2. The Plaintiff's claim is for violation of his civil rights under the fourth and fourteenth amendment alleging he was illegally arrested. He claims compensatory and punitive damages, along with his costs and attorney fees and expenses.

3. Based on discussions with opposing counsel, Defendant's counsel is of the opinion this matter will not be settled.

4. Plaintiff asserts jurisdiction under 28 U.S.C §§ 1331, 1343 and 1391. Defendant has no objections with regard to jurisdiction.

5. No motions are pending.

6. The Plaintiff was taken into custody after a traffic stop by the Defendant occurring in the City of Bentonville. The traffic stop was made based on visual observation of the Plaintiff's driving, along with information that the Plaintiff was acting erratically which led the Defendant to focus on the Plaintiff. After stopping the Plaintiff, the Defendant gave field sobriety tests to the Plaintiff and thereafter, Plaintiff was placed in custody for transportation to the Bentonville Police Department for a chemical breath test. When Plaintiff was given a breath test, the results indicated that he had no alcohol in his blood. Thereafter, the Defendant placed Plaintiff in a holding cell in the Police Department while he consulted with superiors. After doing so, Defendant released Plaintiff from custody without charges.

7. It would be expected that the parties will stipulate to admissibility of the video recording which shows some of the events leading to the Plaintiff being taken into custody, and the police reports and breath test results related to same.

8. The factual dispute in this matter concerns probable cause, specifically as it relates to the field sobriety tests given to the Plaintiff prior to his being taken into custody..

9. The issue of law in this matter is whether the actions of the Defendant officer were violative of Plaintiff's civil rights, which requires the Plaintiff be arrested without probable cause.

10. The only exhibits expected will be a map to provide the finder of fact geographical context of the events to be presented by the Defendant; and the documents related to the arrest, including the police reports and the report of the breathalyzer test, and a video showing a portion of the traffic stop and the field sobriety tests, which could be offered by either party.

11. The Defendant expects he will present the following witnesses:

    a) Fletcher Hall, Bentonville Police Department, 908 SE 14th, Bentonville, AR 72712, (479) 271-3170

    b) Kevin Cizerle, Bentonville Police Department, 908 SE 14th, Bentonville, AR 72712, (479) 271-3170

    c) Brian Harwood, Arkansas Highway Police, PO Box 2279, Little Rock, AR 72203, (479) 790-9371, who will testify as an expert.

12. Discovery is complete.

13. .This trial should last no longer than a day.

                      FLETCHER HALL, Defendant

                By:    /s/ George R. Spence
                      George R. Spence, Ark. Bar # 89185
                      Clark & Spence
                      121 South Main Street
                      Bentonville, AR  72712
                      (479) 273-2777

## CERTIFICATE OF SERVICE

I, George R. Spence, certify that I have on this 3rd day of March, 2014, mailed a copy of the foregoing pleading to: Hon. Doug Norwood, PO Box 1960, Rogers, AR  72757, in the US Mail, with proper postage prepaid.

                      /s/ George R. Spence
                      George R. Spence