IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES STEPHEN GALLETTA, JR.                                               PLAINTIFF

VS.                           Case No. 5:13-cv-5048-PKH

FLETCHER A. HALL                                                          DEFENDANT

**PLAINTIFF'S PRE-TRIAL DISCLOSURE SHEET**

Comes now the Plaintiff, and for his Pre-Trial Disclosures, state as follows:

1. SUBMITTING PARTY:        Plaintiff

2. COUNSEL FOR PLAINTIFF:   Doug Norwood, Ark Bar No. 87-097
                            Norwood & Norwood, P.A.
                            2001 South Dixieland Road
                            PO Box 1960
                            Rogers, AR 72757
                            (479) 636-1262

3. BRIEF SUMMARY OF CLAIMS AND RELIEF SOUGHT:

Plaintiff seeks money damages for a violation of 42 U.S.C. 1983, Fourth and Fourteenth Amendments. Plaintiff claims that the Defendant unlawfully arrested him for DWI.

4. PROSPECTS FOR SETTLEMENT: None at this time.

5. JURISDICTION: No objections from the parties.

6. PENDING MOTIONS: None at this time.

7. SUMMARY OF THE FACTS: On June 15, 2012 the Defendant arrested the Plaintiff for DWI. The Plaintiff was tested and his breath alcohol content was 0.00%. The arrest was not supported by probable cause or an arrest warrant.

1

8. <u>PROPOSED STIPULATIONS</u>: None at this time.

9. <u>CONTESTED ISSUES OF FACT</u>: The parties are at odds as to whether the Defendant had probable cause to arrest the Plaintiff for DWI.

10. <u>CONTESTED ISSUES OF LAW</u>: The law of unlawful arrest is well settled. This case is just an application of the law to the specific facts of this case.

11. <u>EXHIBITS</u>: Police report, depositions of the parties and Brian Harwood, expert witness for the defense.

12. <u>WITNESSES</u>: Plaintiff.

13. <u>DISCOVERY</u>: Discovery is complete.

14. <u>ESTIMATED TRIAL LENGTH</u>: 1 day.

        RESPECTFULLY SUBMITTED ON
        BEHALF OF THE PLAINTIFF

        /s/ Doug Norwood
        Doug Norwood, Ark Bar No. 87-097
        Norwood & Norwood, P.A.
        2001 South Dixieland Road
        PO Box 1960
        Rogers, Arkansas   72757
        (479) 636-1262
        (479) 636-7595  FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this date, March 3, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF System, which shall send notification of such filing to the following:

Hon. George Spence
121 S. Main St.
Bentonville, Arkansas  72712
george@clarkandspence.com

2

/s/ Doug Norwood
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood, P.A.
2001 South Dixieland Road
PO Box 1960
Rogers, Arkansas   72757
(479) 636-1262
(479) 636-7595