IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES STEPHEN GALLETTA, JR.                                           PLAINTIFF

v.                          Case No. 5:13-CV-05048

FLETCHER A. HALL                                                      DEFENDANT

ORDER ON JURY VERDICT

On the 14th day of April, 2014, this matter came before the Court for trial to a duly qualified and selected jury consisting of eight members. After two days of trial the jury was instructed on applicable law and the case was submitted on interrogatories, whereupon the jury retired to deliberate its verdict. Thereafter, the jury returned to open court and delivered the following verdict:

**INTERROGATORY NO. 1:** Do you find from a preponderance of the evidence that Mr. Galletta's Constitutional rights were violated by Officer Hall for arresting him without probable cause?

Answer:     Yes

/s/ Jury Foreperson        April 15, 2014

**INTERROGATORY NO. 2:** Do you find from a preponderance of the evidence that Officer Hall's arrest was the direct cause of any actual damages sustained by Mr. Galletta?

Answer:     Yes

/s/ Jury Foreperson        April 15, 2014

**INTERROGATORY NO. 3:** Do you find from a preponderance of the evidence that Mr. Galletta should be awarded damages to compensate him for the reasonable expenses incurred by him which were caused by the impounding of his motorcycle. If your answer is "Yes," then please state the amount of such expenses which Mr. Galletta has proven by a preponderance of the evidence.

  Answer:  Yes

    If "Yes," then state the amount: $160.00

    /s/ Jury Foreperson   April 15, 2014

**INTERROGATORY NO. 4:** Do you find from a preponderance of the evidence that Mr. Galletta should be awarded damages to compensate him for mental anguish and/or public humiliation, which were caused by his arrest without probable cause? If your answer is "Yes," then please state the amount of such damages which Mr. Galletta has proven by a preponderance of the evidence

  Answer:  No

    /s/ Jury Foreperson   April 15, 2014

The Court, finding no irregularity or objections to the procedure or form of the jury's verdict, hereby accepts the same as true and proper in all respects. The Court shall issue a judgment on the jury's verdict forthwith.

Dated this 17th day of April 2014.

                Timothy L. Brooks
                United States District Judge

2