IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE ARKANSAS

JAMES S. GALLETTA                                                              PLAINTIFF

V.                               No. 5:13-cv-05048-TLB

FLETCHER HALL                                                                  DEFENDANT

MOTION FOR ATTORNEYS FEES

Comes now the attorney for the Plaintiff, Doug Norwood, and moves the court for an order requiring the Defendant, Fletcher Hall, to pay Doug Norwood the following attorneys fees pursuant to the 42 U.S.C. 1988.

The below is an itemized list of the legal fees expenses related to the prosecution of this case. I certify that the amounts are true and accurate to the best of my knowledge.

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 6-18-12 | Initial meeting with client about facts of case | 0.50 |
| 6-29-12 | Initial legal research and review of police reports of arrest | 1.00 |
| 3-4-13 | Drafted complaint | 1.00 |
| 4-2-13 | Reviewed answer to complaint | 0.25 |
| 3-3-14 | Pre-trial disclosures | 0.25 |
| 4-25-13 | Rule 26 issues | 0.25 |
| 5-8-13 | Final scheduling order review | 0.25 |
| 9-13-13 | Preparation & Depositions of Plaintiff, Defendant & Officer Cizerle Defendant's Attorney's Office in Bentonville, AR | 3.00 |
| 11-14-13 | Deposition of Defendant's Expert Witness in Bentonville, AR | 1.00 |
| 4-7-14 | Jury instruction issues | 0.50 |

| | | |
|---|---|---|
| 4-10-14 | Meet with client for preparation for jury trial | 1.00 |
| 4-13-14 | Jury trial preparation & review of legal research | 4.00 |
| 4-14 & 15-14 | Jury Trial Time for Mr. Norwood | 11.00 |
| 4-14 & 14-14 | Jury Trial Time for co-counsel, Jon Nelson | 11.00 |

Mr. Norwood total hours:   24 x $350.00 per hour = $8400.00

Mr. Nelson total hours:    11 x $150.00 per hour = $1650.00

GRAND TOTAL:           $10,050.00

All paid to the law firm of Norwood & Norwood, P.A.

Respectfully Submitted,

/s/Doug Norwood
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood, P.A.
2001 S Dixieland Rd
PO Box 1960
Rogers, AR 72757
479-636-1262
Dougnorwood@cox-internet.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, April 29, 2014, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF System, which shall send notification of such filing to the following:

Hon. George Spence
121 S Main St
Bentonville, AR 72712
george@clarkandspence.com

/s/Doug Norwood
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood, P.A.
2001 S Dixieland Rd
PO Box 1960
Rogers, AR 72757
479-636-1262
Dougnorwood@cox-internet.com