IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES STEPHEN GALLETTA, Jr.                                       PLAINTIFF

v.                              Case No. 5:13-CV-05048

FLETCHER A. HALL                                                  DEFENDANT

## SATISFACTION OF JUDGMENT

The Defendant has made full and complete satisfaction of the judgment(s) ordered in this case as to damages, costs, and attorneys fees. There are no outstanding monies due or obligations undone of any type or description. Any prior amount due is now zero ($0.00).

Respectfully Submitted on
Behalf of the Plaintiff

/s/Doug Norwood
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood P.A.
PO Box 1960
Rogers, AR 72757
479-636-1262
dougnorwood@cox-internet.com

## CERTIFICATE OF SERVICE

I hereby certify on this date, August 19, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which shall send notification of such filing to the following:

Hon. George Spence
george@clarkandspence.com

/s/Doug Norwood
Doug Norwood, Ark Bar No. 87-097
Norwood & Norwood P.A.
PO Box 1960
Rogers, AR 72757
479-636-1262
dougnorwood@cox-internet.com